

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

JOSEPH STEVEN CALLAHAN,

    Plaintiff,

v.                                               Civil Action No. **3:15CV127**

**FAIRFAX COUNTY ADULT DETENTION CENTER**, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on March 16, 2015, the Court conditionally docketed Plaintiff's action. At that time, the Court warned Plaintiff that he must keep the Court informed as to his current address. On December 31, 2015, the United States Postal Service returned the Memorandum Order entered on December 17, 2015 to the Court marked, "RETURN TO SENDER," because Plaintiff apparently relocated. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                                 /s/
                                          M. Hannah Lauck
Date: JAN 21 2016                United States District Judge
Richmond, Virginia